THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENNY RAY HARRIS, SR, <br><br> Plaintiff, <br><br> v. <br><br> CHIEF COUNSEL PACIFIC DISTRICT NORTH, <br><br> Defendant. | CASE NO. C17-1405-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to appoint counsel (Dkt. No. 4). The Court may appoint counsel "in such circumstances as the court may deem just." 42 U.S.C. § 2000e-5(f)(1); *Bradshaw v. Zoological Soc'y of San Diego,* 662 F.2d 1301, 1318 (9th Cir. 1981) (discussing factors to be considered). Here, Plaintiff failed to complete the court provided form. Without this information, the Court is unable to consider the merits of his motion. Plaintiff's current motion (Dkt. No. 4) is DENIED. Plaintiff may submit another motion for the Court's consideration. Plaintiff should include a full explanation of his previous efforts to retain counsel, the merits of his claim, and a list of parties and attorneys, if any, that have appeared or answered in this action.

1    DATED this 16th day of October 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk