THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENNY RAY HARRIS, SR, | CASE NO. C17-1405-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CHIEF COUNSEL PACIFIC DISTRICT NORTH, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's second motion to appoint counsel (Dkt. No. 9). The Court may appoint counsel "in such circumstances as the court may deem just." 42 U.S.C. § 2000e-5(f)(1); *Bradshaw v. Zoological Soc'y of San Diego,* 662 F.2d 1301, 1318 (9th Cir. 1981) (discussing factors to be considered). The Court concludes justice does not require the appointment of counsel. Plaintiff's current motion (Dkt. No. 9) is DENIED.

DATED this 26th day of October 2017.

William M. McCool
Clerk of Court

s/*Tomas Hernandez*
Deputy Clerk
