UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENNY RAY HARRIS, SR., | CASE NO. C17-1405-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CHIEF COUNSEL PACIFIC DISTRICT NORTH, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court issued Plaintiff summons on September 26, 2017 (Dkt. No. 5), but Plaintiff has not yet filed proof of service. Plaintiff is ORDERED to file proof of service by February 23, 2018. Absent such proof, the Court will dismiss the case without prejudice for lack of prosecution.

DATED this 25th day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk